IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAUTILUS INSURANCE COMPANY**, | : | |
| | : | Case No.   20-cv-03937-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **GLOBAL STAFFING SOLUTIONS, INC., ET AL.**, | : | |
| | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 13th day of January, 2021, after consideration of Plaintiff's Motion for Alternative Service (ECF No. 27), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE.**

Plaintiff may effectuate service of process on Defendant Reagan Thach by filing proof of service showing that it:

(1) posted a copy of the Complaint affixed to the front door of Thach's most recent address available; and

(2) published a notice of this action once a week for two weeks in a newspaper of general circulation in Philadelphia, Pennsylvania.

Service shall be complete upon filing of said proof of service.  Plaintiff has up to, and including, **February 24, 2021** to allow for the above-mentioned alternative service.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
_____
**Judge John Milton Younge**