**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NAUTILUS INSURANCE COMPANY,** *Plaintiff* | : | |
| v. | : | **CIVIL ACTION** No. 20-03937-JMY |
| **GLOBAL STAFFING SOLUTIONS, INC., et al.,** *Defendants* | : | |

**ORDER**

**AND NOW**, this 5th day of August 2026, upon consideration of Plaintiff Nautilus Insurance Company's Motion for Summary Judgment (ECF No. 246) and Claimants' Cynthia Brown, Soeup Dy, and Ordom Huot Response in Opposition (ECF No. 256) thereto, and all supporting documents, it is hereby **ORDERED**, and further explained in the accompanying memorandum that:

1. Nautilus' Motion for Summary Judgment (ECF No. 246) is **GRANTED**.
2. Third-Party Defendant Leonard Insurance Group, Inc.'s Motion to Dismiss the Crossclaims of Claimants (ECF No. 241) is **DENIED AS MOOT.**
3. Third-Party Defendant Pennock Insurance, Inc.'s Motion to Dismiss the Crossclaims of Claimants (ECF No. 252) is **DENIED AS MOOT**.
4. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**BY THE COURT:**

/s/ *John Milton Younge*

**JOHN MILTON YOUNGE, J.**